**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS UNITED, | ) | |
| 1006 Pennsylvania Avenue, S.E. | ) | |
| Washington, DC 20003 | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 15-cv-374 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF STATE, | ) | |
| 2201 C Street, N.W. | ) | |
| Washington, D.C. 20520 | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COMPLAINT

Plaintiff Citizens United brings this action against Defendant the United States

Department of State ("State Department") to compel compliance with the Freedom of

Information Act, 5 U.S.C. § 552 ("FOIA").  As grounds therefor, Plaintiff alleges the following:

## JURISDICTION AND VENUE

1.     The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B)

and 28 U.S.C. § 1331.

2.     Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.     Plaintiff Citizens United is a Virginia non-stock corporation with its principal

place of business in Washington, D.C.  Citizens United is organized and operated as a non-profit

membership organization that is exempt from federal income taxes under Section 501(c)(4) of

the U.S. Internal Revenue Code.  Citizens United seeks to promote social welfare through

informing and educating the public on conservative ideas and positions in issues, including

national defense, the free enterprise system, belief in God, and the family as the basic unit of

society.  In furtherance of those ends Citizens United produces and distributes documentary films

on matters of public importance.  Citizens United regularly requests access to the public records

of federal government agencies, entities, and offices, to disseminate its findings to the public

through its documentary films.

4.      Defendant, the United States Department of State, is an agency of the United

States Government and is headquartered at 2201 C Street N.W., Washington, D.C. 20520.

Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.      Citizens United routinely submits Freedom of Information Act requests and this

matter concerns four FOIA request letters that were submitted to the Defendant.

6.      Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant is required to respond to

Citizens United's FOIA requests within twenty working days of each request.

7.      With regard to each of Citizens United's FOIA requests, the statutory deadline

has passed and Defendant has failed to provide a substantive response to any of Citizens

United's FOIA requests.  In fact, as of the date of this Complaint Defendant has failed to produce

a single responsive record or assert any claims that responsive records are exempt from

production.

8.      Between seven and nine months have passed since Defendant received Citizens

United's FOIA requests.  In that time Defendant has not indicated whether or when any

responsive records will be produced in response to any of Citizens United's request.  Beyond

acknowledging receipt of Citizens United's FOIA requests Defendant has failed to respond to

Citizens United in any meaningful fashion.

9.      When left to their own devices State Department bureaucrats have taken over three years to respond to Citizens United's FOIA requests.  *See Eg.* Exhibit A (FOIA Response Letter).  Such extensive delays are in clear violation of both the letter and the spirit of the Freedom of Information Act.

10.      Since Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i) Citizens United is deemed to have fully exhausted any and all administrative remedies with respect to its FOIA requests.  5 U.S.C. § 552(a)(6)(C).

**A.     CITIZENS UNITED'S MAY 15, 2014 FOIA REQUEST (BALDERSTON CORRESPONDENCE)**

11.      On May 15, 2014 Citizens United submitted a FOIA request, online, to Defendant.  *See* Exhibit B (FOIA Request Letter and Confirmation).  The request sought:

> I am requesting copies of all electronic and written communication (emails, faxes, postal mail, etc) between former State Department employee Kris Balderston and Teneo Consulting founder Douglas (Doug) Band. Where exemptions to the Freedom Of Information Act are discretionary, I ask you not withhold such records, even if they might qualify for withholding under the law. If you withhold any records as exempt, please redact the exempted portions and release the remainder of the records. In any case where you withhold any records or portions thereof, please explain in writing the specific basis for each record or portion thereof that is withheld.

12.      Citizens United limited its request to responsive records created between January 1, 2009 and February 28, 2013.

13.      Citizens United, as a member of the media, requested expedited processing of this FOIA request.

14.      Citizens United's received an e-mail confirmation of its FOIA request. *See* Exhibit B.

15.     As of the date of this Complaint, Defendant has failed to produce any records

responsive to Citizens United's May 15, 2014 FOIA request or assert any claims that responsive

records are exempt from production.

**B.     CITIZENS UNITED'S JULY 29, 2014 FOIA REQUEST (ABEDIN
         CORRESPONDENCE – TENEO), F-2014-13322**

16.     On July 29, 2014 Citizens United submitted a FOIA request, online, to Defendant.

*See* Exhibit C (FOIA Request Letter).  The request sought:

> Any and all correspondences exchanged between Huma Abedin and the following
> individuals from June 1, 2012 to February 28, 2013: Declan Kelly, Chairman and
> CEO, Teneo; Doug Band, President, Teneo; Paul Keary, Chief Operating Officer,
> Teneo; Michael Madden, Chairman, Teneo Capital; Harry Van Dyke, CEO,
> Teneo Capital; Chris Wearing, President, Teneo Consulting; Jim Shinn, CEO,
> Teneo Intelligence; Chris Deri, Managing Director, Teneo Strategy; Richard
> Powell, President, Teneo Strategy; Orson Porter, Washington D.C. Managing
> Director, Teneo; George J. Mitchell, Senior Advisor, Teneo; Lord Davies of
> Abersoch, Vice Chairman, Teneo; Harvey Pitt, Senior Advisor, Teneo
> Intelligence; Victor D. Cha, Senior Advisor, Teneo Intelligence; Ken Miller,
> Senior Advisor, Teneo Capital; and Karim Shariff, Teneo Capital Dubai The
> requested correspondence includes, but is not limited to, any and all
> correspondences between Huma Abedin and the above stated individuals that
> were used to conduct official State Department business, as well as
> correspondences that were of a personal nature that used Huma Abedin's State
> Department e-mail address, used State Department letterhead, or utilized any
> State Department resources in the creation or delivery of said correspondence.

17.     Citizens United limited its request to responsive records created between June 1,

2012 and February 28, 2013.

18.     Citizens United, as a member of the media, requested expedited processing of this

FOIA request.

19.     Defendant acknowledged receipt of Citizens United's FOIA request, denied the

request for expedited processing, and assigned it Case Control Number F-2014-13322, in a letter

dated August 4, 2014.  *See* Exhibit D (FOIA Acknowledgement Letter).

20.     As of the date of this Complaint, Defendant has failed to produce any records responsive to Citizens United's July 29, 2014 FOIA request or assert any claims that responsive records are exempt from production.

**C.     CITIZENS UNITED'S JULY 29, 2014 FOIA REQUEST (MILLS CORRESPONDENCE), F-2014-13323**

21.     On July 29, 2014 Citizens United submitted a FOIA request, online, to Defendant. *See* Exhibit E (FOIA Request Letter).  The request sought:

> Any and all correspondences exchanged between Cheryl Mills and the following individuals associated with the William J. Clinton Foundation, renamed the Bill, Hillary and Chelsea Foundation: Eric Braverman; Andrew Kessel; Valerie Alexander; Dennis Cheng; Scott Curran; Amitabh Desai; Rain Henderson; Laura Graham; Mark Gunton; Robert Harrison; Bari Lurie; Terri Mccullough; Patti Miller; Craig Minassian; Walker Morris; Maura Pally; Terry Sheridan; Stephanie S. Streett; Dymphna Van Der Lans; Bruce Lindsey; Chelsea Clinton; Former President Bill Clinton; Eric Braverman; Frank Giustra; Rolando Gonzalez Bunster; Ambassador Eric Goosby, MD; Hadeel Ibrahim; Lisa Jackson; Cheryl Saban, Ph.D.; and Richard Verma The request for correspondence includes, but is not limited to, any and all correspondences between Cheryl Mills and the above stated individuals that were used to conduct official State Department business, as well as correspondences that were of a personal nature that used Cheryl Mills' State Department e-mail address, used State Department letterhead, or utilized any State Department resources in the creation or delivery of said correspondence.

22.     Citizens United limited its request to responsive records created between June 1, 2012 and February 28, 2013.

23.     Citizens United, as a member of the media, requested expedited processing of this FOIA request.

24.     Defendant acknowledged receipt of Citizens United's FOIA request, denied the request for expedited processing, and assigned it Case Control Number F-2014-13323, in a letter dated August 4, 2014.  *See* Exhibit F (FOIA Acknowledgement Letter).

25.     As of the date of this Complaint, Defendant has failed to produce any records responsive to Citizens United's July 29, 2014 FOIA request or assert any claims that responsive records are exempt from production.

**D.     CITIZENS UNITED'S JULY 29, 2014 FOIA REQUEST (ABEDIN CORRESPONDENCE – CLINTON FOUNDATION), F-2014-13324**

26.     On July 29, 2014 Citizens United submitted a FOIA request, online, to Defendant. *See* Exhibit G (FOIA Request Letter).  The request sought:

> Any and all correspondences exchanged between Huma Abedin and the following individuals associated with the William J. Clinton Foundation, renamed the Bill, Hillary and Chelsea Foundation: Eric Braverman; Andrew Kessel; Valerie Alexander; Dennis Cheng; Scott Curran; Amitabh Desai; Rain Henderson; Laura Graham; Mark Gunton; Robert Harrison; Bari Lurie; Terri Mccullough; Patti Miller; Craig Minassian; Walker Morris; Maura Pally; Terry Sheridan; Stephanie S. Streett; Dymphna Van Der Lans; Bruce Lindsey; Chelsea Clinton; Former President Bill Clinton; Eric Braverman; Frank Giustra; Rolando Gonzalez Bunster; Ambassador Eric Goosby, MD; Hadeel Ibrahim; Lisa Jackson; Cheryl Saban, Ph.D.; and Richard Verma The list of requested correspondences includes, but is not limited to, any and all correspondences between Huma Abedin and the above stated individuals that were used to conduct official State Department business, as well as correspondences that were of a personal nature that used Huma Abedin's State Department e-mail address, used State Department letterhead, or utilized any State Department resources in the creation or delivery of said correspondence.

27.     Citizens United limited its request to responsive records created between June 1, 2012 and February 28, 2013.

28.     Citizens United, as a member of the media, requested expedited processing of this FOIA request.

29.     Defendant acknowledged receipt of Citizens United's FOIA request, denied the request for expedited processing, and assigned it Case Control Number F-2014-13324, in a letter dated August 4, 2014.  *See* Exhibit H (FOIA Acknowledgement Letter).

30.     As of the date of this Complaint, Defendant has failed to produce any records responsive to Citizens United's July 29, 2014 FOIA request or assert any claims that responsive records are exempt from production.

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

31.     Plaintiff realleges paragraphs 1 through 30 as though fully set forth herein.

32.     Defendant has failed to make a determination regarding Citizens United's May 15, 2014 FOIA request for records regarding Ms. Balderston's correspondence with representatives of Teneo within the statutory time limit and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

33.     Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## COUNT 2
### (Violation of FOIA, 5 U.S.C. § 552)

34.     Plaintiff realleges paragraphs 1 through 33 as though fully set forth herein.

35.     Defendant has failed to make a determination regarding Citizens United's July 29, 2014 FOIA request (F-2014-13322) for records regarding Ms. Abedin's correspondence with representatives of Teneo within the statutory time limit and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

36.     Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## COUNT 3
### (Violation of FOIA, 5 U.S.C. § 552)

37.     Plaintiff realleges paragraphs 1 through 36 as though fully set forth herein.

38.     Defendant has failed to make a determination regarding Citizens United's July 29, 2014 FOIA request (F-2014-13323) for records regarding Ms. Mills' correspondence within the statutory time limit and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

39.     Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## COUNT 4
### (Violation of FOIA, 5 U.S.C. § 552)

40.     Plaintiff realleges paragraphs 1 through 39 as though fully set forth herein.

41.     Defendant has failed to make a determination regarding Citizens United's July 29, 2014 FOIA request (F-2014-13324) for records regarding Ms. Abedin's correspondence with representatives of the Clinton Foundation within the statutory time limit and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

42.     Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## PRAYER FOR RELIEF

43.     WHEREFORE, Plaintiff Citizens United requests that the Court grant all appropriate relief for the violations alleged above, including:

a.      An order and judgment requiring the Defendant to conduct a search for any and all responsive records to Citizens United's FOIA requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Citizens United's requests;

b.      An order and judgment requiring the Defendant to produce, by a date certain, any and all non-exempt records responsive to Citizens United's FOIA requests and a *Vaughn* index of any responsive records withheld under claim of exemption;

c.      An order and judgment permanently enjoining Defendants from continuing to withhold any and all non-exempt records responsive to Citizens United's FOIA requests;

d.      Attorneys' fees and costs pursuant to any applicable statute or authority, including 5. U.S.C. § 552(a)(4)(E); and

e.      Any other relief that this Court in its discretion deems just and proper.

Dated: March 16, 2015                                         Respectfully submitted,

                                                             CITIZENS UNITED

                                                             */s/ Ralph Christian Berg*
                                                             Ralph Christian Berg
                                                             D.C. Bar No. 496321
                                                             chris@chrisberglaw.com
                                                             1006 Pennsylvania Avenue, S.E.
                                                             Washington, DC 20003
                                                             (202) 547-5420

                                                             *Attorney for Plaintiff*