**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS UNITED,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF STATE,<br>*Defendant*. | No. 1:15-cv-374 (EGS) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Citizens United and Defendant United States Department of State hereby stipulate that the above-captioned case is dismissed without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: November 24, 2015                             Respectfully submitted,

BENJAMIN MIZER                                            /s/ Theodore B. Olson
Principal Deputy Assistant Attorney General    Theodore B. Olson (D.C. Bar No. 367456)
                                                                            GIBSON, DUNN & CRUTCHER LLP
ELIZABETH J. SHAPIRO                                 1050 Connecticut Avenue, N.W.
Deputy Director                                                Washington, D.C. 20036
                                                                            Telephone: (202) 955-8600
/s/ Caroline J. Anderson                                 Facsimile: (202) 530-9575
CAROLINE J. ANDERSON                             tolson@gibsondunn.com
Trial Attorney
United States Department of Justice                *Counsel for Plaintiff Citizens United*
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(P) 202-305-8645 | (F) 202-616-8470
Caroline.J.Anderson@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 24, 2015, I filed the foregoing Stipulation of Dismissal using the Court's CM/ECF system, which will send a notice of the filing to all counsel of record.

                                                          /s/ Theodore B. Olson